JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STONE, | CASE NO. CV 14-07215 MMM (MRWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| MATHEW ZUCKERMAN; ALKANE, INC., a Florida Corporation; ALTERNA FUELS, INC., a Texas Corporation; LAURA JAKOBSEN, Trustee to Mathew Mark Zuckerman Family Trust, domiciled in Colorado, | |
| Defendants. | |

On May 21, 2015, the court entered an order granting defendant Mathew Zuckerman's motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED AND ADJUDGED that this action be dismissed without prejudice for lack of subject matter jurisdiction.

DATED: May 21, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE